SIMON GONZALES V. THE STATE.

No. 15574. Delivered February 1, 1933.
Reported in 56 S. W. (2d) 879.

The opinion states the case.

*W. Joe Bryan, of El Paso, for appellant.*

*Lloyd W Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for assault with a prohibited weapon; punishment, six months in the county jail.

The indictment in this case is insufficient. It fails to allege that the assault was "wilfully" made. Such averment is necessary. Johnson v. State, 101 Texas Crim. Rep., 217; Moore v. State, 16 S. W. (2d) 1089; Ham v. State, 118 Texas Crim. Rep., 271.

The judgment will be reversed and the prosecution ordered dismissed.

*Reversed and prosecution ordered dismissed.*